THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HARRY HECKHEIMER, Appellant.— Application of appellant for extension of time to perfect appeal granted, on condition that the appellant perfects appeal, files and serves printed record and brief, and has case ready for argument at the order and general calendar

term commencing March 9, 1937. Application for leave to appear in person denied. Present — Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ.